# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

*MEMO ENDORSED*

March 19, 2021   3/19/21

granted

[signature] Colleen McMahon

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Glenn Bullard
    18 Cr. 786 (CM)

Dear Judge McMahon:

I represented Mr. Glenn Bullard in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 19.2 hours, nunc pro tunc to June 12, 2019, assisting me in this matter. Much of that time involved working on his sentencing submission, visiting Mr. Bullard at the Metropolitan Detention Center, and email communications with the government and probation.

Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $90.00 for associate time spent representing Mr. Bullard in this matter.

Thank you very much.

Sincerely,

David Stern

David Stern

DS/sc

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____